IN THE MATTER OF THE ESTATE OF ALTON G. MILLER.

June 18, 1981.

Petition for certification granted.

JAMES J. CRUPI v. NEW JERSEY RACING COMMISSION.

June 18, 1981.

Petition for certification denied.

UNITED BUILDING AND CONSTRUCTION TRADES COUNCIL OF CAMDEN COUNTY AND VICINITY v. MAYOR AND COUNCIL OF THE CITY OF CAMDEN AND THE DEPARTMENT OF THE TREASURY OF THE STATE OF NEW JERSEY.

June 19, 1981.

Certification to the Office of Affirmative Action, Department of Treasury is granted.

A. A. MASTRANGELO, INC. v. COMMISSIONER OF THE DEPARTMENT OF ENVIRONMENTAL PROTECTION.

June 19, 1981.

Certification to the Department of Environmental Protection is granted.